PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| | DOCKET NUMBER *(Transferring Court)* | MJ-25-04419-001-PCT-CDB |
| | DOCKET NUMBER *(Receiving Court)* | 2:26-cr-00206-CDS-BNW |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Ryan Franklin Barragan | DISTRICT<br>District of Arizona | DIVISION<br>3: Prescott |
| | NAME OF SENTENCING JUDGE<br>The Honorable Camile D. Bibles<br>United States Magistrate Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/4/2026 TO 9/3/2027 |

OFFENSE
Under the Influence of Alcohol, a Class B Petty offense, in violation of 36 C.F.R. 2.35(c).

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Violation of supervision,

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Ryan F Barragan, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Camille D. Bibles Digitally signed by Camille D. Bibles Date: 2026.09.22 15:42:25 -07'00'

Date

The Honorable Camile D. Bibles
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 28, 2026
Effective Date

United States District Judge